GRAFTON.

---

WOODMAN v. ROWE.

In a suit brought by an infant, not by his guardian or next friend, when the plaintiff has become of age since the commencement of the suit, no amendment, and no appearance of a guardian or next friend, are necessary to obviate the objection that the suit was improperly brought.

All the persons interested in a decedent's estate, fairly settling it without administration, are bound by their settlement.

IN EQUITY. The plaintiff has become of age since the suit was brought; and it was not brought by her guradian or next friend. The plaintiff is the daughter, and the defendant is the widow, of J. A. H., who owed but one debt. That debt having been paid by his father, the plaintiff and defendant were the only persons interested in the estate, which was settled without administration by the plaintiff's guardian and the defendant; and the bill is based on their settlement. The defendant demurred.

*Burrows & Jewell*, for the defendant.

*Burleigh & Adams*, for the plaintiff.

DOE, C. J. The plaintiff's guardian or next friend could be made a party by an amendment relating back to the commencement of the suit. But the plaintiff being now of age, an amendment is not necessary.

The parties are bound by their settlement of the estate without administration. *Hibbard* v. *Kent*, 15 N. H. 516; *Clarke* v. *Clay*, 31 N. H. 393; *George* v. *Johnson*, 45 N. H. 456; *Mercer* v. *Pike*, 58 N. H. 286.

                                        *Demurrer overruled.*

ALLEN, J., did not sit: the others concurred.